UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                     :

TRACY LEE   HOFFMAN

                                                                : Bankruptcy No. 17-18249REF
     Debtor(s)                               : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 20, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PRO SE

TRACY LEE   HOFFMAN
PO BOX 2066
SINKING SPRING,PA.19608