United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-18249-ref
Tracy Lee Hoffman                                               Chapter 13
Tracy Lee Hoffman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR         Page 1 of 2          Date Rcvd: Sep 20, 2018
                           Form ID: pdf900     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db              +Tracy Lee Hoffman,   MAILING ADDRESS,   P.O. Box 2066,   Sinking Spring, PA 19608-0066
db             #+Tracy Lee Hoffman,   83 Ridge Drive,   Mohrsville, PA 19541-9515
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14195564        +Ditech Financial LLC,   c/o KML Law Group, P.C.,   710 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-2312
14024834        +KML Law Group, P.C,   701 Market Street,   BNY Mellon Independence Center,
                 Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2018 01:39:24
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2018 01:39:36    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14037335        +E-mail/Text: bnc@atlasacq.com Sep 21 2018 01:39:18    Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
14028196        +E-mail/Text: bankruptcy@cavps.com Sep 21 2018 01:39:35    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14024831         E-mail/Text: bankruptcy.bnc@ditech.com Sep 21 2018 01:39:20    Ditech Financial LLC,
                 PO BOX 6172,   Rapid City, SD 57709-6172
14037803        +E-mail/Text: nod.referrals@fedphe.com Sep 21 2018 01:39:17    Ditech Financial LLC,
                 c/o Phelan Hallinan & Schmieg LLP,   1617 JFK Boulevard,   Philadelphia, PA 19103-1821
14045064         E-mail/Text: bankruptcy.bnc@ditech.com Sep 21 2018 01:39:20
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14056103         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2018 01:44:54
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14055984         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2018 01:44:55
                 LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14024832         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2018 01:44:46
                 Portfolio Recovery Associates, LLC,   PO BOX 41067,   Norfolk, VA 23541
14024833        +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 21 2018 01:39:34    Premier Backcard, LLC,
                 PO BOX 7999,   Saint Cloud, MN 56302-7999
                                                                              TOTAL: 11

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
14035409*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
14024830        ##+Albert D. Schade Jr,   PO Box 2066,   Sinking Spring, PA 19608-0066
                                                             TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: SaraR          Page 2 of 2          Date Rcvd: Sep 20, 2018
                             Form ID: pdf900       Total Noticed: 20
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                          TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

TRACY LEE   HOFFMAN

                                    : Bankruptcy No. 17-18249REF
         Debtor(s)                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


                                        BY THE COURT


**Date: September 20, 2018**

                                        _____
                                        Richard E. Fehling, B. J.


Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PRO SE


TRACY LEE   HOFFMAN
PO BOX 2066
SINKING SPRING,PA.19608